IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

vs.                  CASE NO. 5:04cr45-MCR

**EMIL JOHNSON,**

    Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, EMIL JOHNSON, to Count One of the indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 31st day of August, 2005.

                                       *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **United States District Judge**