**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.: 5:04cr45/MCR

EMIL JOHNSON

_____/

**O R D E R**

    This matter is presently on appeal to the United States Court of Appeals for the Eleventh Circuit on the judgment and sentence of this court signed on February 15, 2006, and entered of record on February 16, 2006.  Defendant has now filed a Motion For Leave To Proceed In Forma Pauperis And For Appointment Of Appellate Counsel.  (Doc. 58).

    Appointment of counsel for a criminal defendant who is financially unable to afford counsel is governed by the Criminal Justice Act (CJA).  Section 3006A(c) of the CJA provides that "[i]f at any stage of the proceedings, including an appeal, the United States magistrate [judge] or the court finds that the person is financially unable to pay counsel whom he had retained, it may appoint counsel as provided [in the act]."  Section 3006A(b) states that the magistrate judge or the court, "if satisfied after appropriate inquiry that the person is financially unable to obtain counsel, shall appoint counsel to represent him."  Addendum Four (d)(2) of the Eleventh Circuit's Plan Under The CJA provides that "[u]nless approved in advance by the [court of appeals], the district court is not authorized to appoint counsel on appeal to represent a defendant who was represented in the district court by retained counsel without first conducting an in camera review of the financial circumstances of the defendant and of the fee arrangements between the defendant and

retained trial counsel." Therefore, counsel for defendant shall obtain and file defendant's financial affidavit as well as counsel's own affidavit concerning the fee arrangement with defendant within ten (10) days of the entry of this order.[1]

**ORDERED** this 11th day of April, 2006.

                                                       s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**

---

[1] Counsel may file both affidavits under seal.