# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.                                                              Case No.:   5:04cr45-001/MCR
                                                                USM No.:   25950-018

EMIL JOHNSON
_____/

Date of Original Judgment:     February 15, 2006

Date of Previous Amended Judgment:     July 17, 2008
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **240** months is **reduced** to **124** months.

*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date:     June 8, 2015                          s/ *M. Casey Rodgers*
                                                      *Signature of Judge*

                                                       M. Casey Rodgers
Effective Date:   November 1, 2015                    Chief United States District Judge
         *(if different from order date)*             Printed Name and Title of Judge